IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-00533-EWN-PAC

NORGREN, INC.,

    Plaintiff(s),

v.

SMC CORPORATION OF AMERICA,

    Defendant(s).

_____

**MINUTE ORDER**
_____

Patricia A. Coan, Magistrate Judge
July 3, 2006

    This is a patent case.  A March 28, 2006 Order of Reference referred this matter to the undersigned for pretrial case management.

    Now before the court is Plaintiff's Motion to Amend Complaint, Doc. # 11, filed June 9, 2006.  Plaintiff moves to amend its complaint to add defendant's parent company, SMC Corporation, Japan, under Rules 15, 19 and 20, Fed.R Civ.P.  As grounds for its motion for leave to amend, plaintiff claims that defendant's parent first was disclosed on June 8, 2006 in defendant's corporate disclosure statement.  Additionally, plaintiff contends that the primary infringing device was, "upon information and belief" designed by parent company engineers and that the accused devices were manufactured by the parent corporation and shipped to the united States to be sold and distributed by defendant SMC Corporation of America.  For those reasons, according to plaintiff, SMC Corporation Japan should be joined as a necessary party.

    Defendant does not oppose the motion.  See Response, Doc. # 17 at 1-3. Accordingly, as there is no opposition, and because plaintiff has pointed to good cause to amend its complaint, it is hereby

    **ORDERED** that Plaintiff's Motion to Amend Complaint, Doc, # 11, filed June 9, 2006, is granted. The First Amended Complaint for Money Damages and Injunctive Relief with Jury Demand tendered June 9, 2006, which is attached to plaintiff's Motion, is to be

considered date stamped and filed this date.  Further, it is

**ORDERED** that defendant's answer or other responsive pleading is due on or before **July 15, 2006.**