IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00533-EWN-PAC

NORGREN, INC.,

    Plaintiff(s),

v.

SMC CORPORATION OF AMERICA,

    Defendant(s).

---

### MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

    IT IS HEREBY **ORDERED** that the Unopposed Motion for Amended Order Re: Japanese Depositions [filed September 15, 2006; Doc. No. 26] is **GRANTED**. The attached Order is entered this date.

Dated: September 18, 2006

UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
Case Number: 06-cv-533-EWN-PAC

NORGREN, INC.

                Plaintiffs,

vs

SMC CORPORATION OF AMERICA,
and SMC CORPORATION, a Japanese corporation,

                Defendants.

_____**AMENDED ORDER RE: JAPANESE DEPOSITIONS**

TO ANY CONSUL OR VICE CONSUL OF THE UNITED STATES

UNITED STATES CONSULATE OSAKA, JAPAN

Upon the application of Plaintiff, and pursuant to Article 17 of the United States-Japan Consular Convention, you have been duly appointed and you are hereby authorized to preside over oral depositions at the United States Consulate in Osaka, Japan, of the following witnesses who will appear voluntarily during the week commencing October 10, 2006 and continuing until completed or until the close of business on October 13, 2006:

SMC Corporation

Taku Tomita

Takehiko Kanazawa

1

Mitsutoshi Araki

Toshiharu Wada

Makoto Wada

All of the listed witnesses are employees of SMC Corporation; Akihabara UDX 15F, 4-14-1 Sotokanda, Chiyoda-ku, Tokyo 101-0021, Japan.

You are further duly appointed and authorized to cause their testimony to be reduced to writing and to cause to have marked any documentary exhibits in connection therewith. The parties anticipate having the transcripts of the depositions prepared and distributed among interested parties by the court reporter who will transcribe depositions. However, if necessary, you are duly appointed and authorized to cause the depositions to be signed by said witnesses and to annex said deposition testimony to your commission and close the same under your seal and make return thereof to this Court with all convenient speed.

Counsel for Plaintiff who may participate in and/or attend said depositions are: Carl Frederick Manthei and Curtis John Ollila. Counsel for Defendants who may participate and/or attend said depositions are: Arthur Irwin Neustadt, Barry Jeff Herman, and Thomas Joseph Fisher.

The court reporters who may transcribe the depositions are: Melanie Louise Giamarco, Sandra M. Mierop, Tanya Ward English, Tracy S. Lo Castro, and Debra K. Resling, all of American Realtime Court Reporters in Osaka, Japan. The translator who

may translate the depositions is Bill Lise from New-Tech, Ltd. Patent Translation & Deposition Interpreting in Kawasaki, Japan. In addition, SMC Corporation will have present a check interpreter who has not yet been identified. The videographers who may videotape the depositions are: Paul Diserio and Dean Harrington of Legal Video Asia of Tokyo, Japan.

Dated: September 18, 2006

_____
District/Magistrate Judge

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE

3