# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Michael J. Watanabe

| | |
|---|---|
| **Civil Action No.**  06-cv-00533-EWN-PAC | FTR |
| **Date:**  October 5, 2006 | Shelley Moore, Deputy Clerk |
| NORGREN, INC., | Carl F. Manthei |
| | Craig A. Neugeboren |
| Plaintiff(s), | Curtis j. Ollila |
| v. | |
| SMC CORPORATION OF AMERICA, and | Arthur I. Neustadt |
| SMC CORPORATION, | Conor F. Farley |
| Defendant(s). | |

## COURTROOM MINUTES / MINUTE ORDER

**TELEPHONE MOTIONS HEARING**

**Court in Session 1:02 p.m.**

Court calls case.  Appearances of counsel.

Mr. Manthei presents argument on the Motion to Compel Discovery and Request for Expedited Hearing (document 30).

Mr. Neustadt presents responsive argument.

**ORDERED:**  Plaintiff's Motion to Compel Discovery and Request for Expedited Hearing (document 30) is DENIED.  Each party is to pay its own costs.

**Court in recess 1:13 p.m.**
Total In-Court Time 0:11, hearing concluded

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303)825-6119.