# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
### Judge Edward W. Nottingham

| | |
|---|---|
| Nel Steffens, Deputy Clerk | Date: November 14, 2006 |
| Therese Lindblom, Court Reporter | |

Civil Action No.  06-cv-00533-EWN-PAC

| *Parties:* | *Counsel:* |
|---|---|
| NORGREN, INC., | Carl Manthei |
| | Curtis Ollila |
| Plaintiff, | |
| v. | |
| SMC CORPORATION OF AMERICA, and | Barry Herman |
| SMC CORPORATION, a Japanese | Conor Farley |
| corporation. | |
| Defendants. | |

## COURTROOM MINUTES

**Status Conference**

**2:36 p.m.        Court in session.**

Discussion regarding motion to stay.

Discussion regarding course of proceedings before the United States International Trade Commission.

Discussion regarding administrative closing of case.

**ORDERED:    1.        Defendants' Unopposed Motion for Stay as a Matter of Right Pursuant to 28 U.S.C. § 1659 and Request for Expedited Decision (#40, filed November 9, 2006) is GRANTED.**

Courtroom Minutes
06-cv-00533-EWN-PAC
Judge Edward W. Nottingham
Page 2 of 2

**ORDERED: 2.     Clerk of the District Court shall administratively close the case subject to reopening upon showing of good cause by appropriate motion from either party.**

**2:43 p.m.     Court in recess.**

Hearing concluded.

Total time in court:     00:07